AO 91 (Rev.11/11) Criminal Complaint

## United States District Court
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.  2:24-MJ-00039-JAG |
| | )  ~~2:22-MJ-00039-JAG~~ |
| TROY S. MCLANAHAN | ) |
| | ) |

## CRIMINAL COMPLAINT

I, Timothy Wihera, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) January 23, 2024, in the county of Grant in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), | Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine |

This complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

**Timothy Wihera, Special Agent, ATF**
_____
Printed name and title

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date:  January 23, 2024

_____
Judge's signature

**James A. Goeke, United States Magistrate Judge**
_____
Printed name and title

City and state:   Spokane, Washington